UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*In* re: Edward E. Vargas
Attorney at Law, Bar No. 8702

Case No. 2:20-ms-00029

ORDER OF SUSPENSION

On December 16, 2020, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to sender-Attempted- Not Known-Unable to forward." Regardless, the OSC provided Mr. Vargas with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. Vargas. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Edward E. Vargas, Bar No. 8702, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 1st Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 1st day of February 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Edward E. Vargas
500 N. Rainbow Blvd, Suite 300
Las Vegas, NV 89107

Certified Mail No.: 7018 3090 0001 1163 9825

/s/ Lorena Q.
Deputy Clerk
United States District Court,
District of Nevada